1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   JASON M. BUSSEY, Deputy County Counsel (S.B. #227185)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA
6  AND BARBARA TRAW

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  ELISA SALAZAR-APODACA,              No. 16-CV-07341 LHK

13           Plaintiff,                 **JOINT STIPULATION AND [PROPOSED]**
                                        **ORDER FOR DISMISSAL WITH**
14  v.                                  **PREJUDICE**

15  COUNTY OF SANTA CLARA, et al.,

16           Defendants.

17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1

IT IS HEREBY STIPULATED by the parties to this action, through their designated counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own fees and costs. The stipulation and order and the dismissal with prejudice shall not constitute or be deemed an admission of any kind by either party regarding the merits of this action.

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: January 17, 2018

Respectfully submitted,

JAMES R. WILLIAMS
County Counsel

By: _____/S/_____
Jason M. Bussey
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA
AND BARBARA TRAW

Date: January 17, 2018

By: _____/S/_____
Charles A. Bonner

Attorneys for Plaintiff
ELISA SALAZAR-APODACA

ORDER:

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT:

1. The entire action is dismissed with prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)

2. The Court shall direct the clerk to enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorneys' fees. The Clerk shall close the file.

Dated: ___1/17/2018___

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Court Judge

1698058

2